UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| SHANNON LYNN DAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:16-cv-00002 |
| | ) CHIEF JUDGE CRENSHAW |
| WHITE COUNTY, TENNESSEE, et al.,, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons in the accompanying Memorandum Opinion, Quality Correctional Health Care's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**, White County and Thomas' Motion for Summary Judgment (Doc. No. 31) is **GRANTED IN PART** and **DENIED IN PART**, and Day's Motion for Partial Summary Judgment (Doc. No. 37) is **DENIED**. Day's excessive force claim against Thomas will proceed to trial. All remaining claims are **DISMISSED WITH PREJUDICE**, and White County and Quality Correction Health Care are **TERMINATED** from this action. This case will proceed to trial on January 23, 2018, and all deadlines in the Court's May 2, 2017 Order (Doc. No. 26) remain in effect.

In order to facilitate the possibility of settlement and to obtain admissions of fact or stipulations regarding the authenticity and admissibility of documents, this case is **RETURNED** to the Magistrate Judge to conduct a Final Case Management Conference in accordance with Local Rule 16.01(d)(6).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE